IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROMY BENTLE, individually and as parent and guardian of A.R.B., a minor child; and ERIC BENTLE, individually and as parent and guardian of A.R.B., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>DETROIT BEHAVIORAL INSTITUTE, LLC, a Massachusetts limited liability company; and ACADIA HEALTHCARE COMPANY, INC., a Delaware corporation,<br><br>Defendants. | CV 21–45–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Detroit Behavioral Institute, LLC's ("DBI") Unopposed Motion for Extension of Time. (Doc. 3.) DBI asks for a two-week extension to file its answer or Rule 12 motion. (*Id.*) In view of Plaintiffs' lack of opposition to DBI's request,

IT IS ORDERED that the motion (Doc. 3) is GRANTED. Defendants DBI and Acadia Healthcare Company, Inc. shall file their answer(s) or other responsive pleading(s) on or before May 24, 2021.

DATED this 11th day of May, 2021.

                                                _____
                                                Dana L. Christensen, District Judge
                                                United States District Court