IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROMY BENTLE, individually and as parent and guardian of A.R.B., a minor child; and ERIC BENTLE, individually and as parent and guardian of A.R.B., a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>DETROIT BEHAVIORAL INSTITUTE, LLC, a Massachusetts limited liability company; and ACADIA HEALTHCARE COMPANY, INC., a Delaware corporation,<br><br>    Defendants. | CV 21–45–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. (Doc. 34.) The motion states that the parties stipulate to dismiss all claims pending in this matter with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees and costs.

- 1 -

DATED this 4th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court